■ RAYMOND HRYNYK, Appellant, v GLIDDEN COMPANY, Respondent. [701 NYS2d 680] —Appeal unanimously dismissed without costs. Memorandum: Plaintiff appeals from an order denying his motion to vacate a prior order dismissing the action for failure to prosecute. The appeal must be dismissed. Plaintiff's remedy was a direct appeal from the prior order dismissing the action, not from the order denying the motion to vacate (*see, Banner Serv. Corp. v Hall,* 185 AD2d 613; *Champion v Wilsey,* 150 AD2d 833, 834). In any event, Supreme Court properly dismissed the action for failure to prosecute. Plaintiff failed to establish a reasonable excuse for his inability to proceed to trial (*see, Allied Bldg. Prods. Corp. v Clarke,* 187 AD2d 1036), and defendant established prejudice as a result of plaintiff's inability to proceed (*see, Matter of Wynyard v Antique Co.,* 247 AD2d 265, 266). (Appeal from Order of Supreme Court, Onondaga County, Murphy, J.—Vacate Order.) Present—Denman, P. J., Green, Pigott, Jr., Hurlbutt and Balio, JJ.

■ DIANE DeTORE, Respondent, v LESTER CRUIKSHANK, Appellant. [700 NYS2d 921] —Appeal unanimously dismissed without costs (*see, Ellingsworth v City of Watertown,* 113 AD2d 1013). (Appeal from Order of Oneida County Court, Dwyer, J.—Summary Judgment.) Present—Denman, P. J., Green, Pigott, Jr., Hurlbutt and Balio, JJ.